IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH HERRING,
    Plaintiff,

vs.                                    5:06cv85/RS/MD

CHAD SMITH, and
HARELL W. REVELL, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to dismiss case. (Doc. 61). Plaintiff seeks to dismiss this action for a variety of reasons, including the fact that his time is consumed with pending state court litigation regarding his conviction.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 61) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 11th day of October, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**